CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )   No.  CR 18-0006-RSM
                                   )
              Plaintiff,           )
                                   )
         v.                        )   ORDER GRANTING UNOPPOSED
                                   )   MOTION TO CONTINUE TRIAL AND
                                   )   EXTEND PRETRIAL MOTIONS
JAMIE BARTELS,                     )   DEADLINE
                                   )
              Defendant.           )
_____)

       Based on the unopposed motion of the defendant to continue the trial date and extend

the pretrial motion deadline and the record in this case, the Court finds:

       1.  The ends of justice served by granting this continuance outweigh the best interests

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

       2.  Proceeding to trial absent adequate time for the defense to prepare would result in a

miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

       3.  The defense needs additional time to explore issues of some complexity, which

would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial

itself within the time limits established by the Speedy Trial Act and currently set for this case.

18 U.S.C. § 3161(h)(7)(B)(ii).

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date is continued to July 15, 2019.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHER, IT IS ORDERED that pretrial motions are due no later than May 16, 2019.

DONE this 13th day of March, 2019.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

s/ Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Jamie Bartels

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL & EXTEND PRETRIAL
MOTIONS DEADLINE
(*USA v. Jamie Bartels*; CR18-006RSM)    - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**