CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-006RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JAMIE BARTELS, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline and the record in this case. The Court makes the following findings:

1. The requested extension is reasonable based upon the short extension requested, the seriousness of the charges, the defense's need for additional time to consult with and advise Mr. Bartels, and the defense's need for additional time to then complete and file pretrial motions.

2. The Court further finds that the ends of justice will be served by ordering an extension for the time in which to file pretrial motions.

ORDERED that pretrial motions shall be filed no later than August 30, 2019.

///

///

///

///

///

ORDER EXTENDING PRETRIAL
MOTIONS DEADLINE
(*USA v. Jamie Bartels*; CR18-006RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

DONE this 26th day of August, 2019.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Vanessa Pai-Thompson*
s/ *Nancy Tenney*
Assistant Federal Public Defenders
Attorneys for Jamie Bartels

ORDER EXTENDING PRETRIAL
MOTIONS DEADLINE
(*USA v. Jamie Bartels*; CR18-006RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100