Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMIE BARTELS,<br><br>　　　　　　　　Defendant. | NO. CR18-006RSM<br><br>ORDER ON BARTELS' MOTION TO SHORTEN TIME |

　　　Having read Defendant Bartels' Motion to Shorten Time for consideration of his Motion to Continue his Sentencing Hearing,

　　　THE COURT ORDERS THAT the noting date for Defendant Bartels' Motion to Continue his Sentencing Hearing is expedited to December 21, 2022.

　　　DONE this 14th day of December, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

///
///

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 313-1780

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Attorney for defendant

ORDER - 2