UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMIE BARTELS,<br><br>　　　　　Defendant. | Case No. CR18-006RSM<br><br>ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING |

The Court has considered Defendant Bartel's Motion to Continue Sentencing Hearing in this matter, together with the Government's response.

IT IS HEREBY ORDERED that Defendant's January 13, 2023, sentencing hearing is STRICKEN. A status conference in this case is set on **January 27, 2023 at 9:00 AM**, at which time the sentencing hearing will be rescheduled.

DATED this 16th day of December, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1