UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-006RSM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO CONTINUE SENTENCING |
| JAMIE BARTELS, | |
| Defendant. | |

This matter comes before the Court on Defendant Jamie Bartels's Second Motion to Continue Sentencing. Dkt. #84.

The original date for sentencing was December 6, 2019. Dkt. #52. Defendant requested a continuance to February 21, 2020. *See* Docket. Later, Defendant requested May 15, then August 7, 2020. *Id*. No doubt the COVID-19 pandemic played a role. Sentencing was further continued to February, then May, then September, then October of 2021. *Id*. Defendant requested a continuance to January 2022, then April, then June, then September. Eventually the Government began opposing Mr. Bartels's requests. *See* Docket entry on August 19, 2022; Dkt. #75. After several more continuances, sentencing has now been set for July 10 at 10:00 A.M.

ORDER DENYING MOTION TO CONTINUE SENTENCING - 1

In the instant Motion, Mr. Bartels requests a continuance to have a psych evaluation with a preferred doctor, rejecting efforts to go with a doctor that had been previously selected. Dkt. #84. There is some discussion of the difficulty in obtaining payment for the higher rate of the preferred doctor. Defense counsel also mentions he "has a surgery schedule for July 11, and the recovery may be several weeks or more." *Id.* at 3.

In Response, the Government states, in full:

> While Jamie Bartels may not be ready to bring this matter to a close after more than half a decade, his victim and her family are. Time and again, the victim's mother has prepared to face Bartels and see justice done. Yet time and again, Bartels has offered some reason why that moment must be delayed. Bartels may not care about the toll this delay is taking on the victim and her family, but the government most assuredly does.
>
> To be clear, the government has no doubt that defense counsel's expressed hope that this will be the last continuance request is earnest and made in good faith. But it has no such illusions when it comes to Bartels. And Bartels, not defense counsel, is ultimately the one in the driver's seat.
>
> Bartels has cried "wolf" too many times for the government to see his latest change in strategy as anything other than a delay tactic. And the government cannot in good conscience countenance further delay and respectfully asks this Court to deny the defendant's continuance request.

Dkt. #85.

The Court agrees with the Government one hundred percent. Given the procedural history of this case and the materials submitted, Mr. Bartels has failed to demonstrate good cause for a continuance. To the contrary, he has had more than ample time to prepare and should have been able to proceed with a psych evaluation. Further delay is unreasonable and harms the interests of the victims and the public. Defense counsel's surgery can take place after the July 10 sentencing.

ORDER DENYING MOTION TO CONTINUE SENTENCING - 2

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant Jamie Bartels's Second Motion to Continue Sentencing, Dkt. #84, is DENIED.  Sentencing will occur on July 10 at 10:00 A.M.

DATED this 16th day of June 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE