UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-006RSM |
| Plaintiff, | |
| v. | ORDER DENYING THIRD MOTION TO CONTINUE SENTENCING |
| JAMIE BARTELS, | |
| Defendant. | |

This matter comes before the Court on Defendant Jamie Bartels's Third Motion to Continue Sentencing. Dkt. #87.

The original date for sentencing was December 6, 2019. Dkt. #52. Defendant requested a continuance to February 21, 2020. *See* Docket. Later, Defendant requested May 15, then August 7, 2020. *Id*. No doubt the COVID-19 pandemic played a role. Sentencing was further continued to February, then May, then September, then October of 2021. *Id*. Defendant requested a continuance to January 2022, then April, then June, then September. Eventually the Government began opposing Mr. Bartels's requests. *See* Docket entry on August 19, 2022; Dkt. #75. After several more continuances, sentencing has now been set for July 10 at 10:00 A.M.

ORDER DENYING THIRD MOTION TO CONTINUE SENTENCING - 1

In Mr. Bartels' Second Motion to Continue Sentencing, filed June 12, 2023, he requested a continuance to have a psych evaluation with a preferred doctor, rejecting efforts to go with a doctor that had been previously selected. Dkt. #84. There was some discussion of the difficulty in obtaining payment for the higher rate of the preferred doctor. Defense counsel also mentioned a surgery scheduled for July 11. *Id.* at 3.

The Court denied that Motion, finding that, given the procedural history of this case and the materials submitted, Mr. Bartels failed to demonstrate good cause for a continuance. Dkt. #86. The Court found that he has had more than ample time to prepare and should have been able to proceed with a psych evaluation. The sentencing has no logical impact on the surgery scheduled for the following day.

Mr. Bartels's latest Motion discusses continued logistics for securing a psych evaluation with his preferred doctor, as if the Court's prior Order denying a continuance had never been issued. He seeks a continuance to "any day the week of August 14" to account for his defense counsel's surgery. Dkt. #87 at 3.

The Court continues to find that delay is unreasonable and harms the interests of the victims and the public. The Court will deny this Motion for the reasons stated in its prior Order.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant Jamie Bartels's Third Motion to Continue Sentencing, Dkt. #87, is DENIED. Sentencing will occur on July 10 at 10:00 A.M.

DATED this 21st day of June 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE