The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-006 RSM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| JAMIE BARTELS, | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that Exhibit 1 to the Government's Sentencing Memorandum and ORDER shall remain sealed.

DATED this 5th day of July, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER - 1
*United States v. Bartels*, CR18-006 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970