UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>JAMIE BARTELS,<br><br>                     Defendant. | Case No. CR18-006RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter has come before the Court on Brooks Holland's motion to withdraw as counsel for defendant Jaimie Bartels (Dkt #121). The Court has reviewed the motion and the records and files herein.  The motion for withdrawal as counsel is GRANTED.

DATED this 8th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1